U. F. REALTY CORPORATION, Respondent, v. the CITY OF NEW YORK, Defendant, Impleaded with DIMARCO & REIMANN, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

LLOYD E. MITCHELL, INC., and Another, Appellants, v. LEW LYLE HARR, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROBERT A. WELCKE, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MARTHA BRADIE, Respondent, v. HERBERT DAVIS, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to a renewal upon proper papers indicating that plaintiff has a meritorious cause of action. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JAY CARTON, Suing on Behalf of Himself and All Other Stockholders of RUBEL CORPORATION, and Others, Respondents, v. SAMUEL RUBEL and Others, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PUBLIC NATIONAL BANK OF NEW YORK, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — McAvoy, Merrell, Martin and Townley, JJ.

SARTELL PRENTICE and Others, Appellants, v. ROBERT M. KERN, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

WILLIAM BIRNBAUM, on Behalf of Himself and All Other Stockholders of NORMANDIE NATIONAL SECURITIES CORPORATION, Similarly Situated, Appellant, v. NORMANDIE NATIONAL · SECURITIES CORPORATION (a Delaware Corporation), Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

FRED BERRY, Plaintiff, v. M. KEIZER, INC., Defendant, and ADOLPH BRIEFF, Appellant. DAVID E. SINGER, Respondent.— Order reversed, with ten dollars costs and disbursements, and reference ordered to Hon. John M. Tierney, official referee, to take proof and report to the court at Special Term. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.